FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Jason A. Moore**   Case No. **09-34477-E**
Debtor(s)   Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Jason A. Moore** | S.S.# **xxx-xx-8294** |
| | (W) | S.S.# |
| ADDRESS: | **6831 Forest Circle** | |
| | **Bartlett, TN  38135** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **286.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | OR ( **X** ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | (x) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | |
|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | |
| * SEE BELOW** | Ongoing pmt. Begin **N/A** | | $ **N/A** |
| | Approx. arrearage **N/A**   Interest **N/A** % | | $ **N/A** |
| SECURED CREDITORS;<br>(retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
| **Wells Fargo Auto Finance** | $ **10,000.00** | **5.25** % | $ **267.00** |

UNSECURED CREDITORS: Absent a specific order otherwise, all claims, other than those specifically provided for herein, shall be paid as general unsecured debts. General unsecured creditors will receive **to be determined by Trustee%**;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$Unknown**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Special Intentions:**
***Chase Home Finance: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**
**HSBC Retail Services: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**
****Specialized Loan Servicing LLC: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim.**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **J. W. VAUGHAN, JR. 15321**
**5104 Stage Road**
**Memphis, TN  38134**
**(901) 857-1558**
**jvaughan@comcast.net**